**Order filed September 16, 2014.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-14-00343-CV
_____

## VINCENT LILLY, Appellant

## V.

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL, Appellees

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 74682I

# O R D E R

Appellant's brief was due August 28, 2014. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 15, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM